DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2672

[May 6, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Judge; L.T. Case No. 07-23026CF10A.

Ronald Smith, Okeechobee, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER, and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***